[DO NOT PUBLISH]

In the

# United States Court of Appeals

For the Eleventh Circuit

_____

No. 23-12015

Non-Argument Calendar

_____

LINDA CHASE,

Plaintiff-Appellant,

*versus*

MARTIN WALSH, et al.,

Defendants,

U.S. DEPARTMENT OF LABOR,

Defendant-Appellee.

2                    Opinion of the Court                    23-12015

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 5:22-cv-00105-AW-HTC

_____

Before JORDAN, NEWSOM, and BRANCH, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction because Linda Chase's notice of appeal, filed on June 12, 2023, was untimely to appeal from the district court's March 20, 2023 order and judgment dismissing her second amended complaint. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010); Fed. R. App. P. 4(a)(1)(B).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.